IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW WEBER,

    *Petitioner*,

v.                                  Case No.: 4:25cv130-MW/MJF

RICKY D. DIXON,

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 9, is **GRANTED**. Petitioner's request to stay the petition, ECF No. 11, is **DENIED**. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2254,

ECF No. 1, is **DISMISSED without prejudice**." A certificate of appealability is

**DENIED**. The Clerk shall close the file.

    **SO ORDERED on August 18, 2025.**

                                                  <u>s/Mark E. Walker</u>
                                                  **United States District Judge**